# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 20-83-BLG-SPW-TJC |
|---|---|
| Plaintiff, | |
| vs. | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |
| DR. RONALD M. BUSS, | |
| Defendant. | |

Defendant appeared before U.S. Magistrate Judge Timothy J. Cavan in open court on October 1, 2020 for purposes of an initial appearance, arraignment and change of plea hearing. United States Magistrate Judge Timothy J. Cavan entered Findings and Recommendation in this matter on October 1, 2020 (Doc. 17). No objections having been filed within fourteen days thereof,

IT IS HEREBY ORDERED that Judge Cavan's Findings and Recommendations (Doc. 17) are ADOPTED IN FULL.

On October 2, 2020, this Court referred the above-captioned case to Magistrate Judge Timothy J. Cavan for purposes of scheduling and conducting the sentencing in this matter (Doc. 18). This case is now ready to be set for sentencing before Magistrate Judge Timothy J. Cavan.

1

The clerk shall promptly notify counsel and the probation office of the entry of this Order.

DATED this 20th day of October, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge